IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02564–RBJ–KMT

MATTHEW MALLORY,

    Plaintiff,

v.

SUSAN JONES, in her individual capacity as warden of Centennial Correctional Facility (CCF),
PAMELA J. PLOUGHE, in her individual capacity as warden of Colorado Territorial Correctional Facility (CTCF),
ARISTEDES W. ZAVARAS, in his individual capacity as Executive Director of the Colorado Department of Corrections (CDOC),
CHERYL SMITH, in her individual capacity as Chief Medical Officer of CDOC,
JOANIE SHOEMAKER, in her individual capacity as the Director of Clinical Services for the CDOC,
DAVID LADEAU, in his individual capacity as correctional officer at CCF,
SERGEANT JOHNSTON, in his individual capacity as a sergeant at CCF,
LIEUTENANT CELLA, in his individual capacity as a supervising lieutenant at CCF,
SERGEANT PANEK, in his individual capacity as a sergeant officer at CCF,
DR. WERMERS, in his individual capacity as a doctor at CCF, and
NEARL LOUSBERG, in his individual capacity as a physician's assistant working in the CTCF's infirmary,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Modify Scheduling Order to Extend Discovery Deadline" (Doc. No. 58, filed Nov. 11, 2011) is GRANTED. The discovery cut-off is extended to January 20, 2012. Additionally, the dispositive motions deadline is extended to March 16, 2012. The Final Pretrial Conference set for April 3, 2012 at 9:30 a.m. is VACATED and reset to May 16, 2012 at 9:30 a.m.

Dated: November 17, 2011