**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge R. Brooke Jackson**

Date: December 16, 2011    Court Reporter: Kara Spitler
Deputy Clerk: Laura Galera

Civil Action No. **10-cv-02564-RBJ-KMT**

| *Parties:* | *Counsel:* |
|---|---|
| MATTHEW MALLORY, | Brittany L. Glidden |
|  | Laura L. Rovner |
| Plaintiff, |  |
| v. |  |
| SUSAN JONES, | Kathleen Spalding |
| PAMELA J. PLOUGHE, | James Quinn |
| ARISTEDES W. ZAVARAS, |  |
| CHERYL SMITH, |  |
| JOANIE SHOEMAKER, |  |
| SERGEANT JOHNSTON, |  |
| LIEUTENANT CELLA, |  |
| SERGEANT PANEK, |  |
| DR. WERMERS, |  |
| NEAL LOUSBERG, and |  |
| DAVID LADEAU, | Edward Farry |
| Defendant. |  |

**COURTROOM MINUTES**

**DISCOVERY CONFERENCE**

**8:00 a.m.    Court in session.**

Appearances of counsel. Mr. Farry appears by telephone.

Ms. Glidden addresses the Court regarding the request for quality management program

documents.

Argument by Ms. Spalding and Mr. Quinn regarding Plaintiff's request for documents.

Discussion regarding narrowing the scope of the request.

Court will take a recess in order to give the parties an opportunity to narrow the scope of the request.

**8:22 a.m.    Court in recess.**
**8:46 a.m.    Court in session.**

Under the blanket of the protection order, the parties agree that the defendants will produce any records relating to Mr. Mallory, specific defendants, and records dealing with GI bleeds and/or vomiting blood between the dates of September 2005 through December 31, 2009. This stipulation does not include any records from private businesses.

Defendants will submit a protection order for the Court's approval.

For the reasons as stated on the record, it is:

**ORDERED:**   The referral to Magistrate Judge Tafoya as to the Motion for Leave to Amend Complaint to Add and Remove Parties Doc. #[47] is WITHDRAWN.

**ORDERED:**   The Motion for Leave to Amend Complaint to Add and Remove Parties Doc. #[47] is GRANTED.

**ORDERED:** A five day jury trial is set **November 5, 2012 at 9:00 a.m.**

**8:59 a.m.    Court in recess.**
**9:00 a.m.    Court in session.**

**ORDERED:**  The Final Pretrial Conference set  May 16, 2012 is VACATED.

**ORDERED:**  A Final Pretrial Conference/Trial Preparation Conference is set **October 19, 2012 at 1:00 p.m.**

**9:02 a.m.    Court in recess.**

Hearing concluded.

Total time in court:     00:37