IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 10-cv-02564-RBJ-KMT

MATTHEW MALLORY,

    Plaintiff,

v.

SUSAN JONES, in her individual capacity as Warden of the Centennial Correctional Facility;
PAMELA J. PLOUGH, in her individual capacity as Warden of the Colorado Territorial Correctional Facility;
ARISTEDES W. ZAVARAS, in his individual capacity as Executive Director of the Colorado Department of Corrections;
CHERYL SMITH, in her individual capacity as Chief Medical Officer;
JOANIE SHOEMAKER, in her individual capacity as Director of Clinical Services;
DAVID LADEAU, in his individual capacity as a Correctional Officer at the Centennial Correctional Facility;
SERGEANT JOHNSTON, in his individual capacity as a Sergeant at the Centennial Correctional Facility;
LIEUTENANT CELLA, in his individual capacity as a supervising Lieutenant at the Centennial Correctional Facility;
SERGEANT PANEK, in his individual capacity as a Sergeant at the Centennial Correctional Facility;
DR. WERMERS, in his individual capacity as a Doctor at the Centennial Correctional Facility; and,
NEAL LOUSBERG, in his individual capacity as a Physicians' Assistant at the Colorado Territorial Correctional Facility;

    Defendants.

ORDER SETTING TRIAL AND FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE

    This matter has been scheduled for a **five-day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A-902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **November 5, 2012 at 9:00 a.m.**

A Final Pretrial/Trial Preparation Conference is set for **October 19, 2012 at 1:00 p.m.** Counsel who will try the case shall attend in person.

During the Final Pretrial/Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selection, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 16th day of December, 2011.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge