IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-2564-RBJ-KMT

MATTHEW MALLORY,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

Defendant.

## ORDER

This matter is before the Court on the Parties' Joint Stipulated Motion to Dismiss with Prejudice. The Court having reviewed the motion and being fully advised in the premises, hereby GRANTS said motion. It is hereby ORDERED that this case is DISMISSED with prejudice.

IT IS SO ORDERED this 30th day of January, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge